IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ALBERT CURRY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 13-0517-CG-B |
| | ) |
| TODD HANKS, | ) |
| | ) |
| Defendant. | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that Defendant's Motion for Summary Judgment is **GRANTED** and Plaintiff's claims against Defendant Todd Hanks are **DISMISSED** with prejudice.

**DONE and ORDERED** this 29th day of February, 2016.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE