IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ALBERT CURRY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 13-0517-CG-B |
| | ) |
| TODD HANKS, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED, ADJUDGED**, and **DECREED** that **JUDGMENT** is entered in favor of Defendant Todd Hanks, and against Plaintiff, Albert Curry. Plaintiff's claims against Defendant Todd Hanks are hereby **DISMISSED with prejudice**.

**DONE and ORDERED** this 29th day of February, 2016.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE